MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

150 Almaden Blvd.
Suite 900
San Jose, CA 95113
Telephone: (408) 535-5032
Fax: (408) 535-5066
E-Mail: Stephen.Meyer@usdoj.gov

Attorneys for United States of America

FILED

JUL 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUAN FLORES,<br><br>Defendant. | No. CR-13-00326 DLJ<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date:    July 17, 2013<br>Time:    1:30 p.m.<br>Court:   Hon. Howard R. Lloyd |

Defendant JUAN FLORES appeared before the Court at an arraignment on July 11, 2013. With the agreement of the parties, and with the consent of the defendant, the Court enters this order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from July 17, 2013 to August 22, 2013 when the next status conference in this case is scheduled. The parties hereby agree, and the Court finds, as follows:

//

//

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-13-00326 DLJ                                          1

1.      The parties seek and agree to the exclusion of time pursuant to the Speedy Trial Act to provide for continuity of defense counsel and so that defense counsel will have additional time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

2.      Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 17, 2013 to August 22, 2013 from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for continuity of defense counsel and by allowing the defense to prepare effectively, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant JUAN FLORES, the period from July 17, 2013 to August 22, 2013 is excluded from the Speedy Trial Act calculations for continuity of counsel and effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: July 17, 2013

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

Approved As To Form:

_____
STEPHEN J. MEYER
Assistant United States Attorney
Counsel for United States

_____
ELLIOTT J. JOH
Counsel for Juan Flores

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-13-00326 DLJ                                          2